MARIA B. FALLETTA, as Administratrix of the Estate of GIUSEPPE FALLETTA, Deceased, Respondent, *v.* SIXTY WALL STREET, Appellant.

*Falletta v. Sixty Wall Street*, 181 App. Div. 924, affirmed.

(Argued May 14, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Plaintiff alleged that while the intestate, who was employed by a contractor who was making alterations for a tenant in defendant's building, was, in the performance of his duties, and with the knowledge of defendant's chief engineer, working inside an elevator shaft and while standing on a crossbeam between shaft No. 3 and shaft No. 4, this defendant, its agents, servants and employees suddenly and without a signal or warning of any kind started the elevator in shaft No. 4 upward, the same catching the deceased and crushing him up against some crossbeams, he sustaining injuries which resulted in his death.

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*William S. O'Connell* and *Philip A. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Dissenting on ground that complaint does not state a cause of action: CUDDEBACK and ANDREWS, JJ.